**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

Bureau of Consumer Financial Protection; South Carolina Department of Consumer Affairs; and the State of Arkansas *ex rel.* Leslie Rutledge, Attorney General,

Plaintiffs,

v.

Candy Kern-Fuller, Howard Sutter III, and Upstate Law Group LLC,

Defendants.

C/A No.: 6:20-cv-00786-DCC

**ORDER**

This matter comes before the Court on Defendants Candy Kern, Howard Sutter III, and Upstate Law Group LLC's (collectively "Defendants") unopposed Motion to Amend Defendants' Joint Motion to Dismiss, or in the Alternative, Stay the Action and Memorandum in Support ("Motion"). (ECF No. 28). The Court has reviewed the Motion, finds that it states good cause for the relief sought, and therefore grants the Motion. Defendants' Motion to Amend Defendants' Joint Motion to Dismiss, or in the Alternative, Stay the Action and Memorandum in Support shall be filed no later than 15 days after the date of this Order. Plaintiffs' full response to Defendants' Amended Motion to Dismiss shall be filed 14 days thereafter.

**SO ORDERED.**

s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge

July 7, 2020